UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TERADA, HELEN N | § | Case No. 13-41484 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK  OF THE COURT
    219 s. DEARBORN STREET
    CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/13/2015 in Courtroom 240,
    Kane County Courthouse
    100 S. Third Street
    Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/12/2015          By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
 §
 §
TERADA, HELEN N  §   Case No. 13-41484
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 68,734.69 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 68,734.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,722.50 | $ 0.00 | $ 2,722.50 |
| Attorney for Trustee Fees: Springer Brown LLC | $ 2,127.50 | $ 0.00 | $ 2,127.50 |
| Attorney for Trustee Expenses: Springer Brown LLC | $ 58.43 | $ 0.00 | $ 58.43 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,908.43 |
| Remaining Balance | | $ | 63,826.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,790.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 6,116.73 | $ 0.00 | $ 6,116.73 |
| 2 | Capital One Bank | $ 5,098.24 | $ 0.00 | $ 5,098.24 |
| 3 | Springleaf Finanical SErvices | $ 2,699.91 | $ 0.00 | $ 2,699.91 |
| 4 | Portfolio Recovery Associates LLC | $ 876.11 | $ 0.00 | $ 876.11 |

Total to be paid to timely general unsecured creditors    $     14,790.99

Remaining Balance    $     49,035.27

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 25.53 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 49,009.74 .

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-41484-DRC
Helen N Terada                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 1              Date Rcvd: Feb 13, 2015
                              Form ID: pdf006            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2015.
db             +Helen N Terada,    5800 Walnut Avenue,    Apt. 1B,    Downers Grove, IL 60516-6006
21140338      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Po Box 982235,    El Paso, TX 79998)
21140339       +Blitt & Gaines, P.C.,    661 Glenn Ave.,    Wheeling, IL 60090-6017
21140340      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA 23285)
22287153        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
21140341       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21140342       +Codilis & Associates, P.C.,    15W030 N. Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
21140345       +Freedman Anselmo Lindberg LLC,    1771 W. Diehl Road,    Suite 150 P.O. Box 3228,
                 Naperville, IL 60563-1828
22567366      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    Successor to CAPITAL ONE, N.A.,
                 (FIFTH THIRD BANK),    POB 41067,   Norfolk, VA 23541)
21140346       +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
21140349      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
21220959       +WELLS FARGO BANK, N.A.,    c/o Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
21140348       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22244951        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 14 2015 01:18:37      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21140344       +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 14 2015 01:18:37      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
21140347        E-mail/PDF: cbp@springleaf.com Feb 14 2015 01:18:11      Springleaf Financial S,    601 Nw 2nd St,
                 Evansville, IN 47708
22396440        E-mail/PDF: cbp@springleaf.com Feb 14 2015 01:18:43      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21140343*      +Codilis & Associates, P.C.,    15W030 N. Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2015 at the address(es) listed below:
              Arthur   Czaja    on behalf of Debtor Helen N Terada arthur@czajalawoffices.com
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
              David   Brown, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
              Maria   Georgopoulos    on behalf of Creditor    WELLS FARGO BANK, N.A. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6