UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
TERADA, HELEN N § Case No. 13-41484
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $             (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HELEN N TERADA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM P.C. | | | | | |
| SPRINGER BROWN LLC | | | | | |
| SPRINGER BROWN LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| 2 | CAPITAL ONE BANK | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 4 | PORTFOLIO RECOVERY ASSOCIATES LLC | | | | | |
| 3 | SPRINGLEAF FINANICAL SERVICES | | | | | |
| | CAPITAL ONE BANK | | | | | |
| | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PORTFOLIO RECOVERY ASSOCIATES LLC | | | | | |
| | SPRINGLEAF FINANICAL SERVICES | | | | | |
| | TERADA, HELEN N | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 13-41484 | CAS | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | TERADA, HELEN N | | | Date Filed (f) or Converted (c): | 10/23/13 (f) |
| | | | | 341(a) Meeting Date: | 11/22/13 |
| For Period Ending: | 05/20/15 | | | Claims Bar Date: | 10/31/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4908 Lee Avenue, Downers Grove IL 60515 | 150,000.00 | 0.00 | | 68,734.69 | FA |
| Case reopened 7/25/14 to administer surplus after foreclosure | | | | | |
| 2. petty cash | 120.00 | 0.00 | | 0.00 | FA |
| 3. checking account with Chase Bank, | 500.00 | 0.00 | | 0.00 | FA |
| 4. savings account with Chase Bank, | 150.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 650.00 | 0.00 | | 0.00 | FA |
| 7. State farm term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 8. interest in father's life insurance policy | 2,188.00 | 0.00 | | 0.00 | FA |
| 9. IRA | Unknown | 0.00 | | 0.00 | FA |
| 10. 2012 income tax refunds | 1,791.00 | 0.00 | | 0.00 | FA |
| 11. 2002 Toyota Camry | 4,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $160,399.00     $0.00          $68,734.69     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-41484 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TERADA, HELEN N | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3698 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3309 | | | |
| For Period Ending: | 05/20/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check/Ref | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/15/15 | 1 | DuPage County Sheriff<br>501 N. County Farm Rd<br>Wheaton IL 60187 | Sheriffs sale surplus | 1110-000 | 68,734.69 | | 68,734.69 |
| 03/13/15 | 010001 | The Helms Law Firm P.C. | Chapter 7 Compensation/Fees | 2100-000 | | 2,722.50 | 66,012.19 |
| 03/13/15 | 010002 | Springer Brown LLC | Attorney for Trustee Fees (Other Fi | | | 2,185.93 | 63,826.26 |
| | | | Fees           2,127.50 | 3210-000 | | | |
| | | | Expenses         58.43 | 3220-000 | | | |
| 03/13/15 | 010003 | Discover Bank<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany OH 43054 | Claim 1, Payment 100.04005% | | | 6,119.18 | 57,707.08 |
| | | | Claim          6,116.73 | 7100-000 | | | |
| | | | Interest            2.45 | 7990-000 | | | |
| 03/13/15 | 010004 | Capital One Bank<br>by American Infosource LP agent<br>P.O. Box 71083<br>Charlotte NC 28272 | Claim 2, Payment 100.04001% | | | 5,100.28 | 52,606.80 |
| | | | Claim          5,098.24 | 7100-000 | | | |
| | | | Interest            2.04 | 7990-000 | | | |
| 03/13/15 | 010005 | Springleaf Finanical SErvices<br>P.O. Box 3251<br>Evansville IN 47731 | Claim 3, Payment 100.04000% | | | 2,700.99 | 49,905.81 |
| | | | Claim          2,699.91 | 7100-000 | | | |
| | | | Interest            1.08 | 7990-000 | | | |
| 03/13/15 | 010006 | Portfolio Recovery Associates LLC<br>successor to Captial One (Fifth Third)<br>P.O. Box 41067<br>Norfolk VA 23541 | Claim 4, Payment 100.03995% | | | 876.46 | 49,029.35 |

Page Subtotals      68,734.69      19,705.34

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-41484 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | TERADA, HELEN N | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3698 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3309 | | |
| For Period Ending: | 05/20/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim 876.11 | 7100-000 | | | |
| | | | Interest 0.35 | 7990-000 | | | |
| * 03/13/15 | 010007 | HELEN N TERADA<br>4908 LEE AVENUE<br>DOWNERS GROVE, IL 60515 | Surplus Funds | | | 49,029.35 | 0.00 |
| | | | Claim 49,009.74 | 8200-003 | | | |
| | | | Interest 19.61 | 7990-003 | | | |
| * 03/27/15 | 010007 | HELEN N TERADA<br>4908 LEE AVENUE<br>DOWNERS GROVE, IL 60515 | Surplus Funds | | | -49,029.35 | 49,029.35 |
| | | | Claim ( 49,009.74 ) | 8200-003 | | | |
| | | | Interest ( 19.61) | 7990-003 | | | |
| 03/27/15 | 010008 | HELEN N TERADA<br>4908 LEE AVENUE<br>DOWNERS GROVE, IL 60515 | Surplus Funds | | | 49,029.35 | 0.00 |
| | | | Claim 49,009.74 | 8200-000 | | | |
| | | | Interest 19.61 | 7990-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 68,734.69 | 68,734.69 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 68,734.69 | 68,734.69 | |
| Less: Payments to Debtors | | 49,029.35 | |
| Net | 68,734.69 | 19,705.34 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******3698 | 68,734.69 | 19,705.34 | 0.00 |
| | 68,734.69 | 19,705.34 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals    0.00    49,029.35

Ver: 18.04c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-41484 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | TERADA, HELEN N | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3698 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3309 | | |
| For Period Ending: | 05/20/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******3698 | | Transfers) | To Debtors) | On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*